UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Waterkeeper Alliance, Inc., et al.,

    Plaintiffs,

        v.

United States Environmental Protection Agency, et al.,

    Defendants.

Civil Action No. 3:15-cv-3927

## [PROPOSED] ORDER ON MOTION TO STAY PROCEEDINGS

For the reasons set forth in Federal Defendants' motion, and for good cause shown, all proceedings and deadlines in this action are temporarily stayed pending the United States Court of Appeals for the Sixth's Circuit's ruling on whether it has exclusive jurisdiction over challenges to the Clean Water Rule in the case captioned *In re Final Rule: Clean Water Rule: Definition of "Waters of the United States,"* MCP No. 135 (J.P.M.L.), Sixth Circuit No. 15-3799 (lead case).  Federal Defendants shall inform the Court of any ruling by the Sixth Circuit regarding its jurisdiction.

Dated: October 29, 2015



_____
U.S. Magistrate Judge Maria-Elena James

[PROPOSED] ORDER ON MOTION TO STAY PROCEEDINGS
CIV. ACTION NO. 3:15-CV-3927